RECEIVED
JUN 2 3 2005
ROBERT
WESTERN D.
LAFAYETTE, LOUISIANA

RECEIVED
AUG 1 6 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 91-60073-01<br>CIVIL ACTION NO. 05-0262 |
| VS. | JUDGE DOHERTY |
| LUIS CANGA-RENTERIA | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Findings and Recommendation. After an independent review of the record and noting the absence of objections filed by the parties, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Luis Canga-Renteria's §2255 motion is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred.

Thus done and signed this _15_ day of _August_, 2005 at Lafayette, Louisiana.

REBECCA F. DOHERTY
United States District Judge