# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

RECEIVED
JAN 17 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Luis Canga-Reteria | ) | Case No: 6:CR91-60073-01 |
| | ) | USM No: 03042-131 |
| Date of Original Judgment: 04/23/1992 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Peter Black |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/23/1992   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/16/18

Judge's signature

Effective Date: _____
*(if different from order date)*

Dee D. Drell, Senior United States District Judge
*Printed name and title*